B 10S2 (Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT

Southern District of Ohio

In re  Betsy Harvey ,  Case No. 17-11380
       Debtor

Chapter 13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

**If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE PRP II PALS INVESTMENTS TRUST

**Court claim no.** (if known): 1

**Last four digits** of any number you use to identify the debtor's account: 8 2 7 7

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____
   mm/dd/yyyy

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | 8/7/17 (POC)    12/4/17 (PPFN) | (4) | $ 600.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✖ /s/ Angela Kristen Viale
Signature

Date  12/04/2017
      mm/dd/yyyy

**Print:**  Angela    Kristen    Viale
           First Name    Middle Name    Last Name

Title  Bankruptcy Asset Manager

Company  SN Servicing Corporation

Address  323 5th St.
         Number    Street
         Eureka,                    Ca        95501
         City                       State     ZIP Code

Contact phone  (800) 603-0836

Email  bknotices@snsc.com

**Law Offices of Michelle Ghidotti**
5120 E. La Palma Avenue, Suite 206
Anaheim Hills, CA 92807
Phone No.: (949) 354-2601
Fax:
Federal Tax ID:

Statement as of 9/14/2017
Statement no 9733

SN Servicing Corporation
Jessica Hunter
323 Fifth Street
Eureka, CA 95501

1301-3276 / Harvey, Betsy; Case #17-11380

1301-3276: Harvey, Betsy; Case #17-11380

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/07/2017 CF | Flat Fee - Proof of Claim | 0.00 | 0.00 | 550.00 |
| | Sub-total Fees: | | | $550.00 |

| | |
|---|---|
| Total Current Billing: | $550.00 |
| **Total Now Due:** | **$550.00** |

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
Jennifer R. Bergh, Esq. (SBN 305219)
LAW OFFICES OF MICHELLE GHIDOTTI
5120 E. LaPalma Ave., Suite 206
Anaheim, CA 92807
Ph:  (949) 354-2601
Fax: (949) 200-4381
mghidotti@ghidottilaw.com

Attorney for Creditor
U.S. Bank Trust National Association, as Trustee of the PRP II Pals Investments Trust

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF OHIO – CINCINNATI DIVISION

| In Re: | ) | CASE NO.:  17-11380 |
|---|---|---|
|  | ) |  |
| Betsy Harvey, | ) | CHAPTER 13 |
|  | ) |  |
| Debtors. | ) | **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 5120 E. LaPalma Ave., Ste. 206, Anaheim, CA 92807.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On December 4, 2017 I served the following documents described as:

- **NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Chapter 13 Trustee** |
|---|---|
| Betsy Harvey | Margaret A Burks |
| 54 Gates Rd. | 600 Vine Street |
| Hamilton, OH 45013 | Suite 2200 |
| | Cincinnati, OH 45202 |
| **Debtor's Counsel** | |
| Richard E West | **U.S. Trustee** |
| Richard E. West Co., L.P.A. | Asst US Trustee (Cin) |
| 195 E Central Avenue | Office of the US Trustee |
| Springboro, OH 45066 | 36 East Seventh Street |
| | Suite 2030 |
| | Cincinnati, OH 45202 |

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on December 4, 2017 at Anaheim, California

/*s / Ariel Del Pinto*
Ariel Del Pinto